**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDREW REID,                                                                                         PLAINTIFF
ADC #134373

5:13CV00249-JLH-JTK

WENDY KELLY, et al.                                                                              DEFENDANTS

### ORDER

Summons was returned, unexecuted, with respect to Defendant Richard on September 3, 2013, together with a notation indicating that Defendant Richard is employed by Corizon, Inc. (Doc. No. 9.)  Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Dr. Richard, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (Doc. Nos. 2, 3) on Defendant, in care of Humphries, Odum & Eubanks, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 6th day of September, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE