## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ANDREW REID,
ADC #134373                                                                                              PLAINTIFF

V.                                             5:13CV00249-JLH-JTK

WENDY KELLY, et al.                                                                                  DEFENDANTS

### **ORDER**

The Court's August 14, 2013 Order (Doc. No. 7) directing the issuance of summons and service on Defendants inadvertently omitted Defendant Dr. Rector.

Service is appropriate for Defendant Dr. Rector. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Complaint (Doc. No. 2) and summons on Defendant in care of Humphries Odum and Eubanks, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 1st day of October, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE