# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANDREW REID,                                                                                    PLAINTIFF
ADC #134373

v.                                       5:13CV00249-JLH-JTK

WENDY KELLY, et al.                                                                       DEFENDANTS

## ORDER

Defendants shall respond to Plaintiff's Motions for Preliminary Injunction and for Order (Doc. Nos. 5, 22) within ten days of the date of this Order.

IT IS SO ORDERED this 22nd day of October, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE