IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW REID,                                                                                              PLAINTIFF
ADC #134373

V.                                              5:13CV00249-JLH-JTK

WENDY KELLY, et al.                                                                                  DEFENDANTS

## ORDER

Summons issued to Defendant Dr. Rector was returned, unexecuted, on October 29, 2013, with a notation that he is no longer employed by the medical provider (Doc. No. 24.) Defendants shall provide to the Court, under seal, the last-known address of Defendant Rector within ten days of the date of this Order.

IT IS SO ORDERED this 7th day of November, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE