**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDREW REID,                                                                       PLAINTIFF
ADC #134373

5:13CV00249-JLH-JTK

WENDY KELLEY, et al.                                                   DEFENDANTS

## **ORDER**

Pursuant to the Defendants' Response on November 12, 2013 (Doc. No. 29),

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Dr. Margaret Peggy Rector, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (Doc. No. 2) on Defendant, in care of the Arkansas Department of Correction Compliance Office, 7300 Dollarway Road, Suite 101, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 15th day of November, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE