# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANDREW REID,                                                                                                  PLAINTIFF
ADC #134373

v.                                            No. 5:13CV00249 JLH-JTK

WENDY KELLY, et al.                                                                                        DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motions for preliminary injunction and order are DENIED. Documents #5 and #22.

IT IS SO ORDERED this 2nd day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE