## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANDREW REID,
ADC #134373                                                                                      PLAINTIFF

v.                                           No. 5:13CV00249 JLH-JTK

WENDY KELLY, et al.                                                                          DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Richard's motion to dismiss is GRANTED and defendant Richard is DISMISSED with prejudice from plaintiff's complaint. Document #20.

IT IS SO ORDERED this 29th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE