**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDREW REID,                                                                                    PLAINTIFF
ADC #134373

v.                                              No. 5:13CV00249-JLH-JTK

WENDY KELLY, et al.                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion to dismiss and for costs is DENIED without prejudice. Document #58.

IT IS SO ORDERED this 19th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE