**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDREW REID,                                                                                              PLAINTIFF
ADC #134373

v.                                              No. 5:13CV00249-JLH-JTK

WENDY KELLY, et al.                                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for summary judgment and renewed requests for the appointment of an expert and preliminary injunctive relief be DENIED. Document #66.

IT IS SO ORDERED this 20th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE