# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANDREW REID,                                                                                               PLAINTIFF
ADC #134373

v.                                        No. 5:13CV00249-JLH-JTK

WENDY KELLEY, et al.                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 13th day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE